UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GINGER B.,**

    **Plaintiff,**

  v.

    Case No. 2:23-cv-2920
    **JUDGE EDMUND A. SARGUS, JR.**
    **Magistrate Judge Kimberly A. Jolson**

**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

    **Defendant.**

### ORDER

This matter is before the Court on the parties' Joint Motion for an Award of Attorneys' Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 20.) The parties stipulated to an award of attorneys' fees in connection with the resolution of this case. (*Id.*)

The Court hereby **GRANTS** the parties' Joint Motion. (ECF No. 20.) The parties' Joint Stipulation for an Award of Attorneys' Fees under the EAJA is accepted and the Commissioner shall pay Plaintiff's attorneys' fees in the amount of $5,700.00. After the Court enters this award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

The case remains terminated on the docket of this Court.

    **IT IS SO ORDERED.**

**10/16/2024**                           **s/Edmund A. Sargus, Jr.**
**DATE**                                  **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**